UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SEPTIMUS SCOTT,

                                Plaintiff,

v.

THE CITY OF ROCHESTER, a municipal entity, POLICE
OFFICER JEFFREY KESTER, IBM #2230, POLICE
OFFICER DESTINY DETERVILLE, IBM #2224,
LIEUTENANT NASER ZENELOVIC, and Police Officers
"JOHN DOES 1-10" (names and number of whom are
unknown at present), and other unidentified members of the
Rochester Police Department,

                                Defendants.

SUR-SUR REPLY
DECLARATION IN
SUPPORT OF
DEFENDANTS' MOTION
FOR PARTIAL DISMISSAL

17-cv-6359 (FPG)(MWP)

PATRICK BEATH, Esq., declares and says:

1.     I am an attorney with the City of Rochester Corporation Counsel's Office, attorneys for Defendants. I am admitted to practice law before the courts of the State of New York and in the United States District Court, Western District of New York.

2.     I submit this Declaration in support of Defendants' F.R.C.P. Rule 12(b)(6) Motion for Partial Dismissal for Failure to State a Claim. The information set forth herein is based upon my personal knowledge, a review of the proceedings in this action, and a review of relevant case law.

3.     Annexed hereto as Exhibit E is a copy of the Amended Complaint in the matter of *Keene v. City of Rochester, et al.*, 17-cv-6708 W.D.N.Y.

4.     Annexed hereto as Exhibit F is an excerpt of the deposition testimony of former RPD Chief James Sheppard, in which he explains that, where an individual on the street does not

disperse in response to a police directive to do so, the police are not to take further police action unless the individual is committing an offense that would justify such police action.

DATED: May 15, 2018                                    TIMOTHY R. CURTIN, CORPORATION COUNSEL

/S/Patrick Beath

BY:   PATRICK BEATH, ESQ, of Counsel
*Attorneys for Defendants*
City Hall Room 400A
30 Church Street
Rochester, New York 14614
(585) 428-6812

To:   ROTH & ROTH LLP
Elliot Dolby Shields, Esq.
*Attorneys for Plaintiff*
192 Lexington Avenue, Suite 802
New York, New York 10016
212-425-1020
eshields@rothandrothlaw.com