UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Septimus Scott,

                                 Plaintiff(s),

*MEDIATION CERTIFICATION*

    17 - cv - 6359

                           v.

City of Rochester, et al.

                                Defendant(s).

---

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on  July 9, 2018 .

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** July 16, 2018                   **Mediator:** /S/ Gary Muldoon

**Additional Comments:**
_____
_____