# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

September 26, 2018

**VIA ECF**
Hon. Marian W. Payson
United States Magistrate Judge
2330 United States Courthouse
100 State Street
Rochester, New York 14614

Re:   *Scott v. City Of Rochester, et al., 17-CV-6359 (FPG)(MWP)*

Dear Honorable Judge Payson:

Please recall that I represent the Plaintiff, Septimus Scott, in the above matter. I write with the consent of Defendants' counsel to respectfully request a four-month extension of all deadlines in the April 19, 2018 Discovery Order (Doc. No. 36), extending the current deadline for completion of fact discovery from November 1, 2018 to March 1, 2019.

This extension is necessary because, despite the parties each having served and responded to various paper discovery, significant paper discovery remains outstanding that must be completed prior to depositions. Moreover, your undersigned has been out of the office on family bonding leave since last Friday, September 21, 2018, and as of that date, had not yet received Defendants' responses to Plaintiff's Requests for Admission and related Interrogatories and Requests for Production, served on September 6, 2018. Thus, Plaintiff is unable to file any potential motion to compel related to this most recent set of discovery requests prior to the current October 1, 2018 deadline.

If this meets with the Court's approval, I have included a "so ordered" line below.

Respectfully Submitted,

~//s//~
Elliot Dolby Shields

cc:   Patrick Beath (by electronic mail)

September ___, 2018

**So Ordered:**   _____

Hon. Marian W. Payson