UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SEPTIMUS SCOTT,

                              Plaintiff,

v.                                              **STIPULATION OF DISMISSAL**

THE CITY OF ROCHESTER, a municipal entity,           
POLICE OFFICER JEFFREY KESTER, IBM #2230,      17-cv-6359 (FPG)(MWP)
POLICE OFFFICER DESTINY DETERVILLE, IBM
#2224, LIEUTENANT NASER ZENELOVIC, and Police
Officers "JOHN DOES 1-10" (names and number of
whom are unknown at present), and other unidentified
members of the Rochester Police Department,

                              Defendants.
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, this action is hereby dismissed with prejudice.

BY: _____        BY: _____
     ROTH & ROTH LLP                            TIMOTHY R. CURTIN
     Elliot Dolby-Shields, Esq.                     Corporation Counsel
     *Attorneys for Plaintiff*                        Patrick Beath, Of Counsel
     192 Lexington Avenue, Suite 802            New York, New York 10016
     New York, New York 10016                   *Attorneys for Defendants*
                                                           30 Church Street, Room 400A
                                                           Rochester, New York 14614

**SO ORDERED:**

Dated: _____, 20__                               _____
       Rochester, New York                                   HON. FRANK P. GERACI, JR.
                                                             U.S. DISTRICT JUDGE